UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:09-cr-414-T-17EAJ

TERRANCE JOHNSON

### FINAL JUDGMENT OF FORFEITURE

Before the Court is the United States' Motion for a Final Judgment of Forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), for the following identified assets:

    a.    2006 BMW VIN: WBAHN83536DT62042;

    b.    2003 Mercury VIN: 2MEHM75VX3X668526;

    c.    Two (2) 245/35/ZR21 Pirelli tires and BMW (OEM) rims; and

    d.    Two (2) 285/30/ZR21 Pirelli tires and BMW (OEM) rims.

Having been fully advised in the premises, the Court finds as follows:

    1.    On June 29, 2010, this Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all of Defendant's interest in the above assets. (Doc. 63). Defendant was sentenced, and the identified assets were found subject to forfeiture and included in the Judgment. (Docs. 62, 64).

    2.    On June 30, 2010, the United States sent notice of the forfeiture and of its intent to dispose of the identified assets to Monique Shanee Graham, 5723 48th Street Circle East, Bradenton, Florida 34203, via U.S. regular mail and certified mail no. 7007 0710 0003 3624 0790. The certified mail was returned

"unclaimed," but the notice sent by regular mail was not returned. The notice gave Ms. Graham instructions for filing a petition with the Clerk, United States District Court, Middle District of Florida, Sam M. Gibbons Courthouse, 801 North Florida Avenue, Tampa, Florida 33602, to claim an interest in the identified assets.

3.   On June 30, 2010, the United States sent notice of the forfeiture and of its intent to dispose of the identified assets to Christopher Dick, Collections Team Leader, BMW Financial Services NA, LLC. ("BMW"), 5550 Britton Parkway, Hilliard, Ohio 43026, via U.S. regular mail and certified mail no. 7007 0710 0003 3624 0783. The certified mail was returned and signed by Rick Walls. The notice gave BMW instructions for filing a petition with the Clerk, United States District Court, Middle District of Florida, Sam M. Gibbons Courthouse, 801 North Florida Avenue, Tampa, Florida 33602, to claim an interest in the identified assets.

4.   Also on June 30, 2010, the United States sent notice of the forfeiture and of its intent to dispose of the identified assets to Christopher Dick, Collections Team Leader, BMW Financial Services NA, LLC. ("BMW"), P.O. Box 3607, Dublin, Ohio 43016, via U.S. regular mail and certified mail no. 7007 0710 0003 3624 0776. The certified mail was returned and signed by Rick Walls. The notice gave BMW instructions for filing a petition with the Clerk, United States District Court, Middle District of Florida, Sam M. Gibbons Courthouse, 801 North

Florida Avenue, Tampa, Florida 33602, to claim an interest in the identified assets.

5. On August 5, 2010, BMW filed a Verified Amended Petition for Remission or Mitigation. (Doc. 73). On August 13, 2010, BMW filed a Notice of Withdrawal of the Verified Amended Petition for Remission or Mitigation. (Doc. 75). On November 1, 2010, the United States and BMW entered into a Stipulated Settlement Agreement, wherein the parties agreed to settle all of BMW's interest in the property, and BMW agreed to the entry of a final order of forfeiture. (Doc. 79).

6. In accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture, and of its intent to dispose of the identified assets, on the official government website, www.forfeiture.gov, from June 30, 2010 through July 29, 2010. (Doc. 72). The publication gave notice to all third parties with a legal interest in the identified assets to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within sixty (60) days of the first date of publication.

7. No person or entity other than Defendant (whose interest was forfeited to the United States in the Preliminary Order of Forfeiture), is known to have an interest in the identified assets. Other than BMW, which entered into a

Stipulated Settlement Agreement with the United States to settle its claims (Doc. 79), no third party has filed a petition or claimed an interest in the identified assets, and the time for filing such petition has expired. Thus, any third-party interest in the property is now barred.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the United States' motion is **GRANTED**. It is FURTHER ORDERED that all right, title, and interest in the identified assets is CONDEMNED and FORFEITED to the United States of America under the provisions of 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), for disposition according to law.

Clear title to the identified assets is now vested in the United States of America.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 4th day of November, 2010.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: Attorneys of Record

4